Thomas J. Nolan (SBN 48413)
Daniel B. Olmos (SBN 235319)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Keith Larson

*E-FILED - 3/26/13*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES,

Plaintiff,

v.

KEITH LARSON,

Defendant.

Case No. CR 12-00886-DLJ/HRL

**STIPULATION TO WAIVE DEFENDANT'S APPEARANCE AT MARCH 28, 2013, STATUS CONFERENCE; [] ORDER**

IT IS HEREBY STIPULATED AND AGREED between the government, through Assistant United States Attorney Amie Rooney, and Defendant Keith Larson, through undersigned counsel, that Mr. Larson's appearance at the status conference scheduled for March 28, 2013, be waived. Mr. Larson currently resides in the State of Alabama and is under the supervision of Pretrial Services in Mobile, AL. Mr. Larson is also on electronic monitoring and is confined to his residence except by permission of PTS. Counsel for Mr. Larson has just received an image of the

computer hard drive that Mr. Larson was carrying at the time of his arrest. Counsel anticipates that, at the March 28 status conference, it will request from this Court additional time to review the contents of the drive.

Dated: March 25, 2013 /s/

Thomas J. Nolan
Attorney for Defendant Keith Larson

Dated: March 25, 2013 /s/

Amie Rooney
Assistant United States Attorney

**ATTESTATION PER CIV. L.R. 5-1(i)(3)**

I, Jenny Brandt, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Stipulation. In compliance Civ. L.R. 5-1(i)(3), I hereby attest that Amie Rooney has concurred with this filing.

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that Defendant Keith Larson's appearance at the March 28, 2013, status conference be waived.

SO ORDERED.

Dated: 3/26/13

Hon. D. Lowell Jensen
Senior District Judge