Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Keith Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America | **12-CR-00886-DLJ** |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Request for Continuance of Status Date and [] Order** |
| Keith Larson | |
| Defendant. | |

  The parties, by and through their respective counsel, hereby stipulate and request a continuance of the status conference currently set for January 23, 2014 at 9:00am in the above captioned matter. The parties request a future status date of February 27, 2014 at 9:00am, at which time the parties intend to either resolve the matter or set trial dates.

  The purpose of the continuance is to allow further evaluation and investigation by the defense and defense experts, and to permit further settlement discussions between the parties.

  The parties jointly request an exclusion of time on the basis of effective preparation of counsel, as the defense's investigation of the case is ongoing.

//

//

**Stipulated Request for Continuance and Order**

Dated: ___1/21/14_____

                                                /s/
                                      Graham Archer
                                      Attorney for Defendant

Dated: ___1/21/14_____

                                                /s/
                                      Ron Gainor
                                      Attorney for Defendant

Dated: ___1/21/14_____

                                                /s/
                                      AUSA Amie Rooney
                                      Attorney for the Government

**Stipulated Request for Continuance and  Order**

1  ] Order

2

3       Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that
4  the status hearing currently set for January 23, 2014 in action 12-CR-00886-DLJ shall be
5  continued to February 27, 2014 at 9:00a.m.
6       The Court finds that failing to exclude the time between January 23, 2014 and February
7  27, 2014 would unreasonably deny counsel for Mr. Larson reasonable time necessary for
8  effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§
9  3161(h)(7)(B)(iv).
10      The Court finds that the ends of justice served by excluding the time between January
11 23, 2014 and February 27, 2014 from computation under the Speedy Trial Act outweigh the
12 interests of the public and the defendant in a speedy trial.
13      Therefore, IT IS HEREBY ORDERED that the time between January 23, 2014 and
14 February 27, 2014 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
15 3161(h)(7)(A) and (B)(iv).

16

17

18

19 IT IS SO ORDERED.
20 Dated:

_____
Hon. D. Lowell Jensen
U.S. District Judge