**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KEITH LARSON,<br><br>　　　　　　　Defendant. | Case No.  12-cr-00886-BLF-1<br><br>**ORDER RE DEFENDANT'S MOTION FOR EXTENSION OF TIME REGARDING MOTION DEADLINE AND REQUEST FOR ADDITIONAL SCHEDULING ORDER**<br><br>[RE:  ECF 239] |

On September 2, 2015, Defendant filed a motion requesting that the Court issue an order (1) extending his deadline to file pre-trial motions from September 4, 2015 to September 30, 2015; (2) setting a deadline for the Government to file renewed notices of expert witnesses; and (3) removing the week of Thanksgiving from the trial schedule.  The Government filed opposition on September 3, 2015.

The request for an extension of the September 4, 2015 deadline to file pretrial motions is DENIED.  That deadline was set at a status conference on April 21, 2015 at which defense counsel was present.  Defendant's motion for extension of the deadline does not comply with the requirements of this Court's Criminal Local Rules, and Defendant has not demonstrated good cause for relief from those requirements.  *See* Crim. L.R. 12-1 (requiring good cause for relief).

The request to set a deadline for the Government to file renewed notices of expert witnesses is DENIED.  Defendant has not cited to any authority requiring such renewed notices.

The request to remove the week of Thanksgiving from the trial schedule is GRANTED for the convenience of the jury.

**IT IS SO ORDERED.**

Dated:  September 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California